UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00343

**Michael Don Madron**,
*Plaintiff,*

v.

**Texas Department of Criminal Justice et al.**,
*Defendants.*

### ORDER

On August 30, 2021, plaintiff Michael Don Madron, proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 4.

On June 13, 2022, the magistrate judge ordered plaintiff to file, within 30 days of receipt, an amended complaint. Doc. 26. On July 22, 2022, plaintiff filed a motion for extension of time to comply with the court's order (Doc. 27), which was granted. Doc. 28. Plaintiff, however, did not file an amended complaint and did not request an additional extension of time. On January 8, 2023, the magistrate judge entered a report recommending that plaintiff's case be dismissed for want of prosecution and failure to obey an order. Doc. 29. No objections were filed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's complaint is dismissed for failure to prosecute and for failure to comply with a court order. All pending motions are denied.

*So ordered by the court on February 17, 2023.*

J. C<small>AMPBELL</small> B<small>ARKER</small>
United States District Judge